UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon

KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys Toyota Motor Credit Corporation

In Re:

Castulie Diane Moonesar fka Castulie Diane Mohan, dba Reliable Driver Solutions, LLC
                                                    Debtor

Case No.:    17-24859 CMG

Chapter:    13

Hearing Date:    01/17/2018

Judge:    Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Confirmation of Plan filed on September 7, 2017; Docket No. 17.

_____

Date: 01/05/2018                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*