Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–24859–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Castulie Diane Moonesar
   dba Reliable Driver Solutions, LLC, fka
   Castulie Diane Mohan
   58 7th Street
   Monroe, NJ 08831

Social Security No.:
   xxx–xx–5021

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/7/2018 and a confirmation hearing on such Plan has been scheduled for 1/17/2018 at 10:00 am.

The debtor filed a Modified Plan on 1/9/2018 and a confirmation hearing on the Modified Plan is scheduled for 2/21/2018 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 10, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24859-CMG
Castulie Diane Moonesar                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jan 10, 2018
                              Form ID: 186             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
```
db             +Castulie Diane Moonesar,    58 7th Street,    Monroe, NJ 08831-2446
lm             +Ocwen Federal Bank, FSB,    1675 Palm Beach Lakes Blvd,    Suite 2A,
                West Palm Beach, FL 33401-2122
516957338     #+Bank of America,    PO Box 26012,    Greensboro, NC 27420-6012
517109267     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516957340     +Capital One, FSB,    PO Box 85184,    Richmond, VA 23285-5184
517013754      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516957341     +Citibank North America,    PO Box 790040,    Saint Louis, MO 63179-0040
516957342     +Citibank, NA/Sears,    PO Box 6615,    The Lakes, NV 88901-6615
517181276     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Ocwen Loan Servicing, LLC,
                Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
517167945      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
516957343     +Deutsche Bank National Trust,    200 Sheffield Street Suite 301,    Mountainside, NJ 07092-2315
517182150      Deutsche Bank National Trust Co.,    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
                PO Box 24605,    West Palm Beach, FL 33416-4605
517153638     +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
516957346     +JPMorgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
516957347     +Kia Motors Finance,    PO Box 660891,    Dallas, TX 75266-0891
516957349     +Lord and Taylor,    PO Box 94873,    Cleveland, OH 44101-4873
516957350     +Macys,    Customer Service,    PO Box 8097,    Mason, OH 45040-8097
517131286      Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
517014219      Nissan,    POB 660366,    Dallas, TX  75266-0366
517113609     +Nordstrom, Inc.,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                Saint Cloud Mn 56302-7999
516957352     +Ocwen Federal Bank,    1675 Palm Beach Lakes Blvd,    Suite 2A,    West Palm Beach, FL 33401-2122
516957353     +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road,    Mt. Laurel, NJ 08054-3437
516957354    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of the Treasury,
                Division of Taxation-Bankruptcy Depart,    Trenton, NJ 08646-0245)
516957356     +Township of Riverside,    PO Box 188,    Riverside, NJ 08075-0188
516998597     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517029588     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516957357     +US Department of Education,    Navient,    PO Box9635,    Wilkes Barre, PA 18773-9635
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:34      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 10 2018 23:26:15
                Hyundai Motor Finance, servicer for Hyundai Lease,    P.O. Box 20829,
                Fountain Valley, CA 92728-0829
517183761     +E-mail/Text: bnc@bass-associates.com Jan 10 2018 23:24:45      Cavalry SPV I, LLC,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516957344      E-mail/Text: cio.bncmail@irs.gov Jan 10 2018 23:25:08      Internal Revenue Service,
                Department of the Treasury,    PO Box 21126,    Philadelphia, PA 19114-0000
516957345     +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:30:06      JC Penney,    PO Box 530945,
                Atlanta, GA 30353-0945
516957348     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 10 2018 23:24:55      Kohls Payment Center,
                PO Box 2983,    Milwaukee, WI 53201-2983
516957351     +E-mail/Text: bnc@nordstrom.com Jan 10 2018 23:24:57      Nordstrom,    PO box 13589,
                Scottsdale, AZ 85267-3589
517144974      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:52:09
                Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
517101105      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:35:42
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
517137136      E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2018 23:25:22
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516960987     +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:35:19      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516957355     +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:30:06      Synchrony Bank/Care Credit,
                Bankruptcy Department,    PO Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2018
                              Form ID: 186             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516998623*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516957339    ##+Capital One Bank,    375 Broad Avenue,    Ridgefield, NJ 07657-2328
                                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jacqueline Rita Rocci    on behalf of Debtor Castulie Diane Moonesar jacqueline@rocciesquire.com,
               jrocci@optonline.net
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease
               Titling Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```