UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                              CASE NO.: 17-24859-CMG
                                                                            CHAPTER 13

Castulie Diane Moonesar ,

Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR18, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR18 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

                                          Robertson, Anschutz & Schneid, P.L.
                                          Authorized Agent for Secured Creditor
                                          6409 Congress Ave., Suite 100
                                          Boca Raton, FL 33487
                                          Telephone: 561-241-6901
                                          Facsimile: 561-997-6909
                                          By: /s/Laura Egerman
                                          Laura Egerman, Esquire
                                          Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JACQUELINE RITA ROCCI, ESQUIRE
340 MAIN STREET
METUCHEN, NJ  08840

CASTULIE DIANE MOONESAR
58 7TH ST
MONROE TOWNSHIP, NJ  08831

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ  08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK , NJ  07102

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com