| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049<br><br>In Re:<br><br>Castulie Diane Moonesar | Order Filed on May 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-24859<br><br>Chapter: 13<br><br>Judge: Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jacqueline Rocci_____, the applicant, is allowed a fee of $ _____2,500_____ for services rendered and expenses in the amount of $_____152.95_____ for a total of $_____2,652.95_____. The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*