UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

**Castulie Diane Moonesar**

Case No.:  **17-24859-CMG**

Hearing date:

Judge:   Hon. Christine M. Gravelle, U.S.B.J.

## O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of __**Jacqueline Rita Rocci**__ on behalf of __**the debtor**__ seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24859-CMG
Castulie Diane Moonesar                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1       Date Rcvd: Jul 05, 2018
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db            +Castulie Diane Moonesar,   58 7th Street,   Monroe, NJ 08831-2446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
      Albert Russo   docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jacqueline Rita Rocci    on behalf of Debtor Castulie Diane Moonesar jacqueline@rocciesquire.com,
       jrocci@optonline.net
      John R. Morton, Jr.    on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease
       Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Kevin M. Buttery    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
       bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
       bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Sindi Mncina    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 8