| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049<br>Facsimile: 732-482-1131<br><br><br>In Re:<br><br>Castulie Diane Moonesar | **Order Filed on October 5, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br><br>Case No:        17-24859<br><br>Chapter:        13<br><br>Hearing Date:   October 2, 2019<br><br>Judge:          Gravelle |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 5, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 58 7th Street, Monroe, New Jersey 08831

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Citibank
b. Current Assignee: Citibank, N.A. (Equity Line of Credit xxx 9545)
c. Current Servicer: Citibank, N.A.
d. Date of Mortgage/Lien: 7/19/2005
e. Date of Recordation: 8/23/2005
f. Place of Recordation: Middlesex County Clerk
   i. Mortgage Book: 10859
   ii. Page: 0495
g. Original Principal Balance of Mortgage/Lien: $ 95,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*