**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049
Facsimile: 732-482-1131

**Order Filed on October 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Castulie Diane Moonesar

| | |
|---|---|
| Case No: | 17-24859 |
| Chapter: | 13 |
| Hearing Date: | October 2, 2019 |
| Judge: | Gravelle |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 5, 2019**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 58 7th Street, Monroe, New Jersey 08831

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Citibank
b. Current Assignee: Citibank, N.A. (Equity Line of Credit xxx 9545)
c. Current Servicer: Citibank, N.A.
d. Date of Mortgage/Lien: 7/19/2005
e. Date of Recordation: 8/23/2005
f. Place of Recordation: Middlesex County Clerk
   i. Mortgage Book: 10859
   ii. Page: 0495
g. Original Principal Balance of Mortgage/Lien: $ 95,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 17-24859-CMG
Castulie Diane Moonesar    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 07, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
db             +Castulie Diane Moonesar,    58 7th Street,    Monroe, NJ 08831-2446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
        Albert    Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Harold N. Kaplan    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com,
         informationathnk@aol.com
        Jacqueline Rita Rocci    on behalf of Debtor Castulie Diane Moonesar jacqueline@rocciesquire.com
        John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease
         Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
         bkyefile@rasflaw.com
        Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
         bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
        Sindi   Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9